

# NUMBER 13-16-00505-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

LAKEITH RAQIB AMIR-SHARIF,                                       **Appellant,**

**v.**

TDCJ, ET AL.,                                                   **Appellees.**

### On appeal from the 36th District Court
### Of Bee County, Texas.

# MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Rodriguez and Benavides
### Memorandum Opinion Per Curiam

On September 19, 2016, appellant, Lakeith Raqib Amir-Sharif, filed a notice of appeal from the "rulings and actions" of the trial court. The record reflects that on August 29, 2016, the Attorney General of Texas filed "Defendant's Notice of Removal to Federal Court." Upon receipt of the notice of appeal, the Clerk of this Court notified appellant that it did not appear that this Court has jurisdiction, so that steps could be taken to correct

the defect, if it could be done.   *See* TEX. R. APP. P. 37.1, 42.3.   The Clerk further notified appellant that the appeal would be dismissed if the defect was not corrected after the expiration of ten days from receipt of the Court's notice.   Appellant has not filed a response.

Once a case has been removed from state to federal court, the state court is divested of all jurisdiction over the case.   *See* 28 U.S.C. § 1446(d).; *Nat'l S.S. Co. v. Tugman*, 106 U.S. 118, 122 (1882); *Meyerland Co. v. Fed. Deposit Ins. Corp.*, 848 S.W.2d 82, 83 (Tex. 1993) (order); *Stroud v. VBFSB Holding Corp.*, 917 S.W.2d 75, 84 (Tex. App.—San Antonio 1996, writ denied).   Because this case has been removed to federal court, the federal court has exclusive jurisdiction and this Court lacks jurisdiction over this appeal.   Accordingly, the appeal is hereby DISMISSED FOR WANT OF JURISDICTION. *See* TEX. R. APP. P. 42.3(a),(c).

PER CURIAM

Delivered and filed the
3rd day of November, 2016.